UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL PENNEY,<br><br>    Plaintiff,<br><br>  vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC, et al.,<br><br>    Defendants. | Case No:  C 16-5695 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendants' Motions to Dismiss,

IT IS HEREBY ORDERED THAT final judgment is entered in favor of Defendants: Experian Information Solutions, Inc.; Equifax, Inc.; and Les Schwab Tire Centers of Oregon, Inc.

IT IS SO ORDERED.

Dated:  3/15/17

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge